People v Erica U. (2026 NY Slip Op 01616)

People v Erica U.

2026 NY Slip Op 01616

Decided on March 19, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 19, 2026

Before: Scarpulla, J.P., Kapnick, Pitt-Burke, Michael, Hagler, JJ. 

Ind No. 2349/18|Appeal No. 6142|Case No. 2021-00015|

[*1]The People of the State of New York, Respondent, 
vErica U., Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Mariel Stein of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Robert A. Neary, J.), rendered November 02, 2020, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the mandatory surcharge and fees imposed on defendant at sentencing (People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 19, 2026